# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20CR00315-JFW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| GEOFFREY LAWRENCE MARSHALL, JR | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

1 | The court concludes:

2 | A.   ( )   Defendant poses a risk to the safety of other persons or the community
3 |            because defendant has not demonstrated by clear and convincing
4 |            evidence that:

5 | _____
6 | _____
7 | _____
8 | _____

10 | (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11 |           and convincing evidence that:
12 |   • PENDING ALLEGATION (ABSCONDING)
13 |   • FAILURE TO COMPLY W/ COURT ORDERS
14 |   • UNWILLING SURETIES / NO BAIL RESOURCES
15 |   • ABSENT FROM DISTRICT W/O PERMISSION

17 | IT IS ORDERED that defendant be detained.

19 | DATED: 10/7/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2